AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| JERMAINE DARNELL SAMUELS | ) 3:20-mj-81 |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 23, 2020__ in the county of __Scott__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 751(a) | Escape from Federal Custody |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joe McCaffry, USMS
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 05/26/2020

_____
*Judge's signature*

City and state: Davenport, Iowa

Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
3:46 pm, May 26 2020

## AFFIDAVIT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | )ss |
| SOUTHERN DISTRICT OF IOWA | ) |

I, Joe McCaffry, being duly sworn state and depose as follows:

1. I am a Deputy United States Marshal with the United States Marshal Service for the Southern District of Iowa. As part of my duties, I am assigned to locate and arrest individuals who are deemed fugitives or escapees under federal law.

2. Affiant is aware that pursuant to Title 18, United States Code, Sections 4041 and 4042, the Bureau of Prisons is an authorized representative of the United States Attorney General.

3. On September 17, 2009, a judgment was entered by the United States District Court for the Southern District Of Iowa, ordering that JERMAINE DARNELL SAMUELS (hereinafter SAMUELS) be committed to the custody of the United States Bureau of Prisons to serve a sentence of 360 months on Counts 1 and 2 and life imprisonment on Count 3 and 10 years of supervised release for the crimes of: Distribution of Cocaine Base (Counts 1 and 2), in violation of 21 U.S.C. Sections 841(a)(1) and 841(b)(1)(C) and Possession with intent to Distribute at least 50 grams or more of Cocaine Base and Marijuana 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A), 851 (Count 3), which are felonies under federal law. On January 18, 2017, then President Barack Obama commuted his sentence to

1

180 months imprisonment and 10 years of supervised release with all the same conditions as previously imposed.

4. On or about January 22, 2020, the Federal Bureau of Prison records indicate that SAMUELS was transferred to Davenport, Residential Re-entry Center (RRC) in Davenport, Iowa, to serve the remainder of his sentence from FCI Forrest City, pursuant to the authority delegated to the Bureau of Prisons. SAMUELS projected release date was October 20, 2020 via good conduct time release.

5. As of Friday, May 22, 2020, SAMUELS signed out to go to work at 4:49 pm. At 7:45 pm, SAMUELS employer called looking for him because SAMUELS was not present at work. The on-call duty officer was notified at 9:09 pm. The RRC staff made contact with a family member. The RRC staff were directed to contact the duty officer at 11:00 pm if SAMUELS did not return. At 10:58 pm, SAMUELS had not returned to the RRC. He was placed in escape status at 11:03 pm. The U.S. Marshal's Service was notified at 11:45 pm.

6. On Saturday, May 23, 2020, at approximately at 9:20 am, the Bureau of Prisons received notification that SAMUELS was arrested by the Davenport Police Department and was being held in the Scott County Jail on charges from the Bureau of Prisons.

7. Based on the facts and circumstances outlined above, the affiant believes that Jermaine Darnell SAMUELS knowingly and consciously left federal

2

custody from the RRC in Davenport, Iowa, and that he has therefore left said facility without authorization, and there is probable cause to believe a violation of 18 U.S.C. Section 751(a) has occurred.

8. The information contained in this affidavit is based on the information that was provided by representatives of the U.S. Bureau of Prisons, the Davenport Residential Re-Entry Center, and a review of the incident and investigative reports prepared in connection with this matter. Based thereon, all of the information contained herein is true and correct to the best of my knowledge, information and belief.

_____
Joe McCaffry, Deputy U.S. Marshal
United States Marshal Service

Sworn to before me by telephone or other reliable electronic means this __26__ day of May, 2020

_____
Stephen B. Jackson, Jr.
U.S. Magistrate Judge

3